UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| ALICIA VILLEGAS, ANA VILLEGAS, RAQUEL VILLEGAS, and LIZZETTE VILLEGAS, | Case No. 1:07-CV-331 |
| Plaintiffs, | Honorable Robert J. Jonker |
| v | JOINT MOTION TO WITHDRAW THEIR RESPECTIVE MOTIONS TO COMPEL AND FOR SANCTIONS |
| DAVID R. COATS and SPIRIT-MILLER TRUCKING, L.L.C., | |
| Defendants. | |

_____

| | |
|---|---|
| John D. Tallman (P32312) | Aaron D. Wiseley (P60464) |
| Attorney for Plaintiffs | GARAN LUCOW MILLER, P.C. |
| 4020 East Beltline Ave., NE., Suite 101 | Attorneys for Defendants |
| Grand Rapids, MI   49525 | 300 Ottawa Avenue, N.W., 8th Floor |
| 616-361-8850 | Grand Rapids, MI   49503 |
| | 616-742-5500 |

_____

**JOINT MOTION TO WITHDRAW THEIR RESPECTIVE
MOTIONS TO COMPEL AND FOR SANCTIONS**

NOW COME the Plaintiffs and Defendants, by and through their attorneys of record, and hereby file this joint motion to withdraw the following documents, and to cancel the hearing on the motions referenced herein, for the reasons that the issues subject to the following motions have been resolved without the need for this Honorable Court's resolution.  Accordingly, Plaintiffs and Defendants request that Docket Nos. 55, 56, 59, 61, and 62, be withdrawn.  The parties further request that the notice of motion hearing scheduling these motions to be heard before the Honorable Hugh W. Brenneman, Jr., on

1

Friday, November 9, 2007, at 9:30 a.m. (Docket No. 57), be cancelled.


Dated: November 8, 2007          /s/ John D. Tallman w/permission
                                 John D. Tallman (P32312)
                                 Attorney for Plaintiffs
                                 4020 East Beltline Ave., NE., Suite 101
                                 Grand Rapids, MI   49525
                                 616-361-8850


Dated: November 8, 2007          **GARAN LUCOW MILLER, P.C.**
                                 Attorneys for Defendants

                                 By:    /s/ Aaron D. Wiseley
                                       Aaron D. Wiseley (P60464)
                                 BUSINESS ADDRESS:
                                       300 Ottawa Avenue, NW, 8th Floor
                                       Grand Rapids, MI  49503
                                       Telephone:  (616) 742-5500
                                       awiseley@garanlucow.com


## ORDER

IT IS SO ORDERED.


Dated: November 8, 2007          /s/ Hugh W. Brenneman, Jr.
                                 Hugh W. Brenneman, Jr.
                                 U.S. Magistrate Judge

2