UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICIA VILLEGAS, et al.,

    Plaintiffs,

v.    Case No. 1:05-CV-331

DAVID COATS &
SPIRIT-MILLER TRUCKING LLC,

    Defendants.

_____/

**ORDER**

Defendants' Motion for Summary Judgment (docket # 73) and Plaintiffs' Motion for Summary Judgment (docket # 75) both came up for hearing on March 10, 2008. Based on the written and oral arguments of the parties and on all matters of record, and for the reasons articulated at the hearing and in the accompanying Opinion,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (docket # 73) is **GRANTED** with respect to noneconomic damages, and **DENIED** with respect to economic damages. Plaintiffs' Motion for Summary Judgment (regarding economic damages) (docket # 75) is **GRANTED**. The only issue remaining is the amount of any economic damages available to Plaintiff under applicable Michigan law.

Dated:    April 15, 2008        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE